AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. B:19-mj-737 |
| Pedro Alejandro CEPEDA-OCHOA | ) | |
| *Defendant(s)* | ) | |

FILED
JUL 16 2019
David J. Bradley, Clerk of Court

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 15, 2019 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Section 841(a)(1) & 846 | knowingly and intentionally possess with intent to distribute 11.65 kilograms of cocaine, a Schedule II controlled substance, and did conspire with persons known and unknown to knowingly and intentionally possess with intent to distribute 11.65 kilograms of cocaine a Schedule II controlled substance. |

This criminal complaint is based on these facts:

On July 15, 2019, Pedro CEPEDA-OCHOA was the sole occupant and driver of a white 2006 Chevrolet Silverado truck bearing Mexican License Plates ████████. CEPEDA-OCHOA was stopped by the Cameron County Sheriff's Office for a violation of state traffic laws. During the stop, CEPEDA-OCHOA consented to a search of the vehicle and its contents where deputies located 10 bundles wrapped in clear plastic material inside a red bag behind the rear seat. The bundles contained a white powdery substance that field tested positive for the properties of cocaine yielding a total weight of 11.65 kilograms. CEPEDA-OCHOA admitted to knowingly transporting the narcotics located in the vehicle for monetary gain.

☐ Continued on the attached sheet.

*Complainant's Signature*

Jason Broughton    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

July 16, 2019
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ronald Morgan    U.S. Magistrate Judge
*Printed name and title*